BENJAMIN GUTOFF, Appellant, v. ABRAHAM PEARLMAN and Others, Respondents.

— Order directing plaintiff to accept the sum of $550 in settlement, and to sign a stipulation for cancellation of lis pendens, etc., affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.